UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **Dan-Bunkering (Monaco) S.A.M.,** | * | **CIVIL ACTION No.:** |
| **Plaintiff,** | * | **SECTION:** _____ |
| **Versus** | * | **MAG. DIVISION:** _____ |
| **M/V ORATORIO, IMO No. 9687679,** her engines, boilers, tackle, furniture, apparel, etc., *et al.*, | * * | **JUDGE:** _____ |
| **Defendant *in rem*** | * | **MAGISTRATE JUDGE:** _____ |

\* \* \* \* \* \* \* \* \* \* \* \*

## VERIFIED COMPLAINT

Plaintiff Dan-Bunkering (Monaco) S.A.M. ("Dan-Bunkering") files this Verified Complaint against M/V ORATORIO, her engines, tackle, apparel, etc., *in rem* ("Vessel") in causes of breach of maritime contract and foreclosure of maritime liens, as follows:

### Jurisdiction

1. This claim is within the Court's admiralty jurisdiction pursuant to 28 U.S.C. §1333, and the Federal Maritime Lien Act, 46 U.S.C. §31301, et seq. This is an admiralty and maritime claim within the meaning Rule 9(h) of the Federal Rules of Civil Procedure.

### Parties

2. Plaintiff Dan-Bunkering is a duly organized and existing corporation under the laws of Monaco, and provides marine fuel ("bunkers") to ocean going vessels, including the Vessel.

3. M/V ORATORIO is an ocean cargo vessel and is within the jurisdiction of this Honorable Court.

## Facts

4.   On about June 3, 2020 Dan-Bunkering at the request of the Vessel's then charterer, United Bulk Carriers International SRL provided $114,444 of bunkers to the Vessel, none of which has been paid.

5.   Dan-Bunkering provided the bunkers to the Vessel subject to agreed sales terms and conditions, including the following:

> 13. LIEN
>
> 13.1 It is agreed and acknowledged that a lien over the Vessel is created for the price of the Products supplied together with any interest accrued. The Buyer, if not the Owner of the Vessel, hereby expressly warrants that they have full authority of the Agents/Traders/Owners/Managers/Operators/Charterersto pledge the Vessel in favour of the Seller and that they have given notice of the provisions of this Contract to them. The Seller shall not be bound by any attempt by any person to restrict, limit or prohibit its lien(s) attaching to a Vessel.
>
> 13.2 The laws of the United States, including but not limited to the Commercial Instruments and Maritime Lien Act, shall always apply with respect to the existence of a maritime lien, regardless of the country in which the Seller takes legal action. The Seller shall be entitled to assert its rights of lien or attachment or other rights, whether in law, in equity, or otherwise, in any jurisdiction where the Vessel may be found.
>
> \* \* \*
>
> 18. LAW AND JURISDICTION
>
> 18.1 These STCS and all Contracts are governed by the general maritime law of the United States of America and disputes shall be determined by Arbitration in London by a sole arbitrator according to the LMAA Rules 2017. The laws of the United States, including but not limited to the Commercial Instruments and Maritime Lien Act, shall always apply with respect to the existence of a maritime lien, regardless of the country in which the Seller takes legal action. In case of breach of contract by the Buyer, the Seller shall be entitled to take such legal action in any court of law in any state or country which the Seller may choose and which the Seller finds relevant in order to safeguard or exercise the Seller's rights in pursuance of this present Agreement. The Seller shall be entitled to assert its rights of lien or attachment or other rights, whether in law, in equity, or otherwise, in any jurisdiction where the Vessel may be found

6. The foregoing pre-arrest bunkers provided to the Vessel by Dan-Bunkering were necessary for the operation of the Vessel in its ordinary course of trade, and have not been paid for as set out above despite amicable demand.

7. Pursuant to the attached Verification, the foregoing allegations are true and correct.

8. Pursuant to United States general maritime law and the United States Commercial Instruments and Maritime Act, Dan-Bunkering holds a maritime lien against the Vessel as set out above, plus any additional invoices that may become due, pre-judgment interest, post-judgment interest, costs and other expenses.

9. Dan-Bunkering is entitled to have this Court recognize its lien(s) against the Vessel and is entitled also to judgment against the vessel in the full amount of their claims, plus interest and costs.

10. Dan-Bunkering is entitled to have the Vessel, the Vessel's engines, tackle, apparel, *etc., in rem*, seized and sold by the United States Marshal to satisfy their claim and said lien(s) asserted herein.

WHEREFORE, Dan-Bunkering prays that:

A. Process in due form of law in a cause of admiralty and maritime jurisdiction may issue against the Vessel, the Vessel's engines, tackle, apparel, etc*., in rem*, and that all persons having or claiming any interest in said vessel be cited to appear and answer;

B. A warrant of arrest of the Vessel, the Vessel's engines, tackles and apparel be issued and served; and

C. After due proceedings are had, judgment be entered against the Vessel, in rem in favor of Dan-Bunkering in the sum of $111,444 and any additional amounts due, plus interest

#

and costs. Dan-Bunkering further prays that the Vessel, the Vessel's engines, tackle and apparel, be seized, condemned and sold to pay such sums, and for such other general and equitable relief as this Honorable Court deems proper.

Dated: November 11, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ G. Beauregard Gelpi | /s/ J. Stephen Simms |
| G. Beauregard Gelpi (#18226) | J. Stephen Simms (*pro hac vice* applied for) |
| Wagner, Bagot & Rayer LLP | Simms Showers LLP |
| 601 Poydras Street, Suite 1660 | 201 International Circle, Suite 250 |
| New Orleans, Louisiana 70130-6029 | Baltimore, Maryland 21030 |
| Tel: 504-525-2141 | Phone:   (410) 783-5795 |
| Email: bgelpi@wb-lalaw.com | Facsimile: (410) 510-1789 |
| | jssimms@simmsshowers.com |

Dan-Bunkering Counsel

## **VERIFICATION**

J. Stephen Simms certifies as follows:

1. I am the age of majority and competent to make this verification;

2. I am a principal of the law firm of Simms Showers LLP and represent Dan-Bunkering in this action;

3. Dan-Bunkering does not have a corporate officer in the district to make this Verification;

4. I declare that I have read the foregoing Verified Complaint and know its contents; that the same is true and correct to the best of my knowledge and belief; and that the source of my knowledge and the grounds for my belief are various documents and information furnished to me by Dan-Bunkering;

\#

5. I have specific authorization and am duly authorized to make this Verification.

> Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.
>
> Executed on November 11, 2020.
>
> /s/ J. Stephen Simms