UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **Dan-Bunkering (Monaco) S.A.M.,** | * | **CIVIL ACTION No.:** |
| **Plaintiff,** | * | **SECTION:** _____ |
| **Versus** | * | **MAG. DIVISION:** _____ |
| **M/V ORATORIO, IMO No. 9687679, her engines, boilers, tackle, furniture, apparel, etc.,** *et al.*, | * * | **JUDGE:** _____ |
| **Defendant** *in rem* | * | **MAGISTRATE JUDGE:** _____ |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## MOTION FOR ISSUANCE OF
## <u>WARRANT OF ARREST OF VESSEL</u>

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Dan-Bunkering (Monaco) S.A.M. ("Dan-Bunkering"), and upon suggesting to the Court that:

1. Suit has been filed herein by Dan-Bunkering to assert an in rem claim, maritime lien, and requesting that a Warrant of Arrest issue by this Honorable Court to arrest the M/V ORATORIO, IMO No. 9687679, her engines, boilers, tackle, furniture, apparel, etc., *et al.*, in rem ("Vessel") to bring the res into the jurisdiction of the Court and to secure the claims of Dan-Bunkering herein; and

2. It appearing that the basis for a Warrant of Arrest pursuant to Rules C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist;

3. Accordingly, Plaintiff, Dan-Bunkering moves this Honorable Court to issue the attached Warrant of Arrest and Writ of Attachment commanding the United States Marshal

2

to arrest the M/V ORATORIO in connection with these proceedings.

Dated: November 11, 2020.

| | |
|---|---|
| /s/ G. Beauregard Gelpi | /s/ J. Stephen Simms |
| G. Beauregard Gelpi (#18226) | J. Stephen Simms (*pro hac vice* applied for) |
| Wagner, Bagot & Rayer LLP | Simms Showers LLP |
| 601 Poydras Street, Suite 1660 | 201 International Circle, Suite 250 |
| New Orleans, Louisiana 70130-6029 | Baltimore, Maryland 21030 |
| Tel: 504-525-2141 | Phone:    (410) 783-5795 |
| Email: bgelpi@wb-lalaw.com | Facsimile: (410) 510-1789 |
| | jssimms@simmsshowers.com |

Dan-Bunkering Counsel

#